IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:21-cr-00575-2 |
| § | |
| MARIA D. LUCIO DE LATIGO § | |

MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

COMES NOW, Mary Elizabeth Conn, attorney for Defendant in the above entitled and numbered cause, and respectfully requests this Court to permit Mary Elizabeth Conn to withdraw as attorney of record for Defendant and would show this Court as follows:

Defendant is apparently unable to communicate with Attorney and is unable or unwilling to cooperate or to participate in her own Defense.

WHEREFORE, PREMISES CONSIDERED, Counsel asks that this Honorable Court release Mary Elizabeth Conn as attorney of record for Defendant in this case.

Respectfully submitted,
FREEDOM LAW GROUP, PLLC
/s/ Mary Elizabeth Conn
Mary Elizabeth Conn
Federal # 89593
Texas Bar No.: 04668050
1111 North Loop West, Suite 1180
Houston, Texas 77008
713.357.4190
mary@maryconnlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered via electronic filing to the Assistant United States Attorney this January 13, 2023.

/s/ Mary Elizabeth Conn
Mary Elizabeth Conn

## CERTIFICATE OF CONFERENCE

      I hereby certify that undersigned counsel spoke with Assistant United States Attorney Sherri Zack, prosecutor on this case, on this January 13, 2023, and she is unopposed.

                                              /s/ Mary Elizabeth Conn
                                                Mary Elizabeth Conn